SAMUEL C. GREENFIELD v. NEW YORK CITY TEACHERS' RETIREMENT BOARD, et al.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 281 App. Div. 1025.]

In the Matter of the General Assignment for the Benefit of Creditors of DORLAND, INC., Assignor, to THOMAS E. ZODA et. al., Assignees, Respondents. ERNEST DAVIDS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante,* p. 664; *post,* p. 761.]

MARGUERITE V. TAYLOR v. OSCAR M. TAYLOR.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See *ante,* p. 667.]

IRMA BERG v. SOLOMON BERG.— Motion for leave to appeal to the Court of Appeals denied. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 1022.]

J. D. SPENCER CO., LTD., Appellant, v. NEW YORK REVIEW, INC., Defendant, and JOHN A. TALBOT, JR., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *ante,* p. 659.]

In the Matter of the Arbitration between CIA. NAVIERA VERAGUA, S.A., Respondent, and N. V. ROTTERDAMSCHE KOLEN CENTRALE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 1026.]

JANNO SILVERMAN v. COMMERCIAL TRADING COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 670; *post,* p. 865.]

VICTOR SACK v. IRENE BEASLEY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *ante,* p. 153.]